**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Frank Murray ) | |
| Valerie Lynn Murray ) | BK-07-10089-BAM |
| ) | Chapter 13 |
| ) | |
| ) | Hearing Date: N/A |
| Debtor ) | Hearing Time: N/A |

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS**

The request for payment of Unclaimed Funds that was submitted by <u>The Financial Resources Group c/o Homeq</u> has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

   <u>X</u>   $26.00 File search fee.
   <u>X</u>   Motion to Payment of Unclaimed Funds.
   <u>X</u>   Limited power of attorney or assignment.
   <u>X</u>   Affidavit for reimbursement.
   ___   Affidavit of service to the U.S. Attorney
   ___   Fee agreement required by local rule 3011(a)(1)(B)
   ___   Supporting documentation required (see comments)
   ___   Photocopy of current identification
   ___   Address does not match on notice of unclaimed funds.
   ___   Fees have been paid out previously on schedule #_____
   ___   Other _____

Comments: <u>Affidavit for service to the U.S. Attorney, Fee agreement and current identification of Patricia Sobon are missing.</u>

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 388-6257 or <u>Financial@nvb.uscourts.gov</u>

Date: 11/5/2009

                                      <u>/s/ Karina Magallanes</u>
                                        Deputy Clerk

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above, on <u>11/6/2009</u> by <u>KMM.</u>

Updated 10/09