# United States Bankruptcy Court
## District of Nevada

Case No. <u>07–10089–bam</u>
**Chapter 7**

In re: (Name of Debtor)
    FRANK MURRAY                                 VALERIE LYNN MURRAY
    3452 CHERBOURG AVENUE            3452 CHERBOURG AVENUE
    LAS VEGAS, NV 89141                 LAS VEGAS, NV 89141

Social Security No.:
    xxx–xx–1640                                      xxx–xx–3269

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 2/24/11                                                         BY THE COURT

                                                                         Mary A. Schott
                                                                         Clerk of the Bankruptcy Court